## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES FLOYD, JR.,** | : | **CIVIL NO. 3:14-CV-2279** |
| | : | |
| **Petitioner** | : | **(Judge Munley)** |
| | : | |
| **v.** | : | |
| | : | |
| **COMMONWEALTH, PA STATE** | : | |
| **ATTORNEY GENERAL,** | : | |
| | : | |
| **Respondents** | : | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

### ORDER

**AND NOW**, to wit, this 16 day of January 2015, upon preliminary review of the

petition for writ of habeas corpus (Doc. 1), see R. GOVERNING § 2254 CASES, it is hereby

ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED without prejudice.  See R. Governing § 2254 Cases R. 4.

2. The motion to proceed *in forma pauperis* (Doc. 2) is GRANTED for the sole purpose of the filing of this action.

3. The Clerk of Court is directed to NOTIFY the petitioner and CLOSE this case.

4. There is no basis for the issuance of a certificate of appealability.  See 28 U.S.C. § 2253(c).

BY THE COURT:

JUDGE JAMES M. MUNLEY
United States District Court